**Peter A. Davidson (SBN 76194)**
   pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
**9401 Wilshire Boulevard, Ninth Floor**
**Beverly Hills, California 90212-2974**
**Telephone  (310) 273-6333**
**Facsimile  (310) 859-2325**

**Attorneys for James H. Donell, Receiver**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for NewPoint Financial Services, Inc.,<br><br>          Plaintiff,<br>     v.<br><br>MOJGAN JAFARI,<br><br>          Defendant. | CASE NO. 13-CV-01473-DDP-JEM<br><br>**ORDER DISMISSING CASE** |

Based on the Stipulation dismissing case, entered into by the parties as a result of a settlement, and good cause appearing, therefor,

IT IS HEREBY ORDERED this case is dismissed without prejudice.

DATED: December 17, 2013

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

13390.10:1928205.1

ORDER DISMISSING CASE WITHOUT PREJUDICE